UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID KYLE DEARMAN** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 11-750** |
| | * | |
| **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.** | * | **SECTION "L"(3)** |
| | * | |

## ORDER

Considering Plaintiff's Motion for Appeal/Review of Magistrate Judge Decision (R. Doc. 64), IT IS ORDERED that this Motion is DENIED. The Court finds that Magistrate Knowles' Order (R. Doc. 63), requiring Plaintiff to attend an IME by Dr. Parnell, is neither clearly erroneous nor contrary to law under Federal Rule of Civil Procedure 72(a).

Considering Plaintiff's Motion for Leave to File Supplemental Memorandum in Support of Motion to Review Magistrate Judge's Ruling Filed December 9, 2011 (R. Doc. 77), IT IS ORDERED that this Motion is DENIED. The Court finds that this Memorandum is irrelevant to the underlying Motion and is subject to another motion pending before the Magistrate Judge.

Considering Defendant's Motion for Leave to File Memorandum Under Seal and to Strike from the Court's Record Documents 75 and 77, IT IS ORDERED that leave is GRANTED to file this Memorandum UNDER SEAL. IT IS FURTHER ORDERED that Record Documents 75 and 77 are to be placed UNDER SEAL.

Considering Plaintiff's Opposition to Defendant's Motion for Leave to File Memorandum Under Seal and to Strike From the Court's Record Documents 75 and 77, IT IS ORDERED that this Opposition is to be filed into the record, UNDER SEAL.

Considering Defendant's Motion for Leave to File Reply Memorandum to Plaintiff's Opposition to Defendant's Motion for Leave to File Memorandum Under Seal and to Strike from

the Court's Record Documents 75 and 77, IT IS ORDERED that leave is GRANTED and this Memorandum is to be filed into the record, UNDER SEAL.

New Orleans, Louisiana this 2nd day of January 2012.

_____
United States District Judge